# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 20-5292**     **September Term, 2020**

**1:20-cv-01419-APM**

**Filed On: November 10, 2020** [1870616]

Domingo Arreguin Gomez, a Lawful Permanent Resident of the U.S., et al.,

    Appellees

3Q Digital, et al.,

    Appellants

    v.

Donald J. Trump, in his official capacity as President of the United States of America, et al.,

    Appellees

------------------------------

Consolidated with 20-5332

### O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated as cross-appeals.

           **FOR THE COURT:**
           Mark J. Langer, Clerk

    BY:    /s/
           Laura M. Chipley
           Deputy Clerk